

APR 0 5 2018

Clerk, U S District Court
District Of Montana
Billings

**ZENO B. BAUCUS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**2601 Second Avenue North**
**Suite 3200**
**Billings, Montana 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: zeno.baucus@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-46 - BLG- SPW** |
| **Plaintiff,** | **INFORMATION** |
| **vs.** | **WIRE FRAUD** |
| **DARRELL ALAN HATLEY,** | **Title 18 U.S.C. § 1343** <br> **(Penalty: 30 years imprisonment,** <br> **$1,000,000 fine, and five years supervised** <br> **release)** |
| **Defendant.** | |

THE UNITED STATES ATTORNEY CHARGES:

<u>Background</u>

1.     Beginning in 2002, DARRELL ALAN HATLEY, of Miles City,

Montana, became a loan customer of Capital Farm Credit of Snyder, Texas

("Capital"), a financial institution as defined by 18 U.S.C. § 20.

1

2.      DARRELL ALAN HATLEY borrowed money from Capital for the purpose of paying operating expenses in connection with his various ranches located in Oklahoma, Texas, Wyoming and other states.

3.      As part of his loan agreement, DARRELL ALAN HATLEY was required to provide annual financial statements and monthly cattle inventory reports to Capital.   Capital would also conduct periodic inspections of the number and quality of cattle maintained by DARRELL ALAN HATLEY.

Scheme to Defraud

4.      From in or about October 2015 through in or about August 2017, the defendant, DARRELL ALAN HATLEY, in the District of Montana and elsewhere, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

Manner and Means

It was part of the scheme that:

5.      DARRELL ALAN HATLEY was required to provide annual financial statements and monthly cattle inventory reports to Capital.   Capital would also conduct periodic inspections of the number and quality of cattle maintained by DARRELL ALAN HATLEY.

2

6.      Commencing in approximately December 2015, DARRELL ALAN HATLEY began to misrepresent the number and quality of cattle he maintained to Capital.   From approximately December 2015 until approximately August 2017, DARRELL ALAN HATLEY overinflated the number of cattle in his possession to Capital.

7.      Capital relied on these reports from DARRELL ALAN HATLEY for the purpose of providing additional funds to DARRELL ALAN HATLEY as part of the loan agreement.

<u>Execution of the Scheme</u>

8.      On or about the date set forth below, in the District of Montana and elsewhere, the defendant, DARRELL ALAN HATLEY, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signal described below:

**(Wire Fraud)**

| Date | Amount | Origin | Recipient |
|------|--------|--------|-----------|
| 10/28/2016 | $413,537.20 | Texas | Montana |

In violation of 18 U.S.C. § 1343.

///

///

3

DATED this 30 day of March, 2018.

_____
ZENO B. BAUCUS
Assistant U.S. Attorney
Attorney for Plaintiff


_____
KURT G. ALME
United States Attorney
Attorney for Plaintiff

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

4